IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

STEVEN HART,

        Plaintiff,

v.                                CIVIL ACTION NO. 3:12-0521

WEST VIRGINIA REGIONAL JAIL
AUTHORITY; LOCKHART AND
LOCKHART BONDING; and CABELL
COUNTY MAGISTRATE CLERK,

        Defendants.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that Plaintiff's § 1983 Complaint (Doc. #2) be dismissed, with prejudice; Plaintiff's Application to Proceed Without Prepayment of Fees and Costs be denied (Doc. #1) as moot; and this case be removed from the Court's docket. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **ORDERS** that Plaintiff's § 1983 Complaint (Doc. #2) be **DISMISSED**, with prejudice; Plaintiff's Application to Proceed Without Prepayment of Fees and Costs be **DENIED** (Doc. #1) as moot; and this case be **REMOVED** from the Court's docket, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: April 5, 2012

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE